AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Luis Hallon

)
)  Case: 1:22-mj-00128
)  Assigned to: Judge Faruqui, Zia M.
)  Assign Date: 6/6/2022
)  Description: COMPLAINT W/ ARREST WARRANT
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) Luis Hallon
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) and (2) - Remaining in a Restricted Building With Intent to Impede or Disrupt Official Functions;
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Disorderly or Disruptive Conduct on the Capitol Grounds; Parading in a Capitol Building.

Date: 06/06/2022

Zia M. Faruqui
2022.06.06 19:13:59
-04'00'

Issuing officer's signature

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 6/6/2022, and the person was arrested on (date) 6/15/2022
at (city and state) St. Cloud, Florida

Date: 6/15/2022

Arresting officer's signature

Jesuel Cortes TFO/JHF
Printed name and title