UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 22-CR-217 |
| | : | |
| **LUIS HALLON,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF WITHDRAWAL

The government informs the Court that Detailee Attorney Maria Y. Fedor, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, Detailed to the
United States Attorney's Office
for the District of Columbia
DC Bar No. 985823
601 D Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov
(202) 353-7366

## **CERTIFICATE OF SERVICE**

On this 28th day of June 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, Detailed to the
United States Attorney's Office
for the District of Columbia
DC Bar No. 985823
601 D Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov
(202) 353-7366