IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Case No. 22-cr-217 (DLF) |
| v. | : | |
| LUIS HALLON, | : | 40 U.S.C. § 5104(e)(2)(G) |
| Defendant. | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **Luis Hallon**, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate

were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 p.m., members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Luis Hallon's Participation in the January 6, 2021, Capitol Riot*

8.      The defendant, Luis Hallon, lives in St. Cloud, Florida. On January 4, 2021, the defendant left his home in Florida and traveled to Washington, D.C. with Traci Isaacs, William Isaacs, and Leslie Gray. The defendant is partnered with Traci Isaacs, who was a member of the Oathkeepers on January 6, 2021.

9.      After arrival in Washington D.C. on January 6, 2021, the defendant and Traci Isaacs met up with others around 12:00 PM. The defendant and Traci Isaacs later proceeded to the Capitol where they joined in the protest of Congress' certification of the Electoral College outside the East Front of the Capitol.

10.     The defendant and Traci Isaacs initially joined the crowd gathered at the perimeter of the Capitol grounds, which was barricaded and patrolled by officers. After about 1 hour of protests, the crowd, including the defendant and Traci Isaacs, moved forward past the

perimeter and to the steps along the East Front of the Capitol. The crowd advanced up the steps of the Capitol, including the defendant and Traci Isaacs. The defendant and Traci Isaacs were among those who were tear gassed by the USCP on the East Front steps of the Capitol, which caused their eyes to burn.

11. The defendant and Traci Isaacs entered the Capitol at approximately 3:02 PM through the Columbus Doors on the East Front of the Capitol.

12. While inside the Capitol, the defendant and Traci Isaacs took photographs and videos on their cellphones and walked through the Rotunda.

13. While inside the Rotunda between 3:05 PM and 3:15 PM, the defendant and Traci Isaacs observed USCP and other law enforcement officers actively work to clear the Rotunda of the crowd with verbal orders and physical force.

14. The defendant and Traci Isaacs exited the Capitol through the East Front Columbus Doors at 3:16 PM, after remaining inside the Capitol for approximately 14 minutes.

15. On January 25, 2021, after the FBI encountered Traci Isaacs regarding the events of January 6, 2021, the defendant texted with Traci Isaacs about their entering the Capitol together, taking photographs inside the Capitol, and that "we were back … at least 20 ft" from the violence.

### *Elements of the Offenses*

16. The defendant, Luis Hallon, knowingly and voluntarily admits to all the elements of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104€(2)(G). Specifically, the defendant admits that he willfully and knowingly entered the U.S. Capitol Building knowing that he did not have permission to do so. The defendant further

admits that while inside the Capitol, he willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: /s/ Samuel S. Dalke
SAMUEL S. DALKE
Assistant United States Attorney – Detailee
PA Bar No. 311803
601 D Street N.W., Washington, DC 200530
Samuel.S.Dalke@usdoj.gov
717-515-4095

## DEFENDANT'S ACKNOWLEDGMENT

I, Luis Hallon, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 11-21-22

Luis Hallon
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: November 21, 2022

Allen H. Orenberg, Esq.
Attorney for Defendant

Page 5 of 5