UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-217 (DLF) |
| | : | |
| LUIS HALLON, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and for clarity of the record, of the following exhibits that were provided to the Court and all counsel to be used by the government in the sentencing in this matter. The exhibits are four different Capitol Closed Circuit Video clips that depict the defendant's conduct on January 6, 2021, which forms the basis for this prosecution. The exhibits are as follows:

1. Government Exhibit A is a video approximately that portrays Mr. Hallon's entry through the Columbus Doors on the east side of the Capitol. The video is from approximately 3:02 p.m. on January 6, 2021.

2. Government Exhibit B is a video that portrays Mr. Hallon's entry through the Columbus Doors from a different angle on the east side of the Capitol. The video is from approximately 3:02 p.m. on January 6, 2021.

3. Government Exhibit C is a video, approximately eight minutes and fifty seconds long that portrays Mr. Hallon's entry into the Rotunda of the U.S. Capitol Building, his time spent within the Rotunda, and his exit. The video is from approximately 3:03 p.m. on January 6, 2021.

4. Government Exhibit D is a video that portrays Mr. Hallon's exit through the hallway between the Rotunda and the Columbus Doors, and subsequent exit through the Columbus

1

Doors. The video is from approximately 3:16 p.m. on January 6, 2021.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By:     */s/ Kyle M. McWaters*
                Kyle M. McWaters
                Assistant United States Attorney
                D.C. Bar No. 241625
                601 D Street NW
                Washington, DC 20003
                (202) 252-6983
                kyle.mcwaters@usdoj.gov

## CERTIFICATE OF SERVICE

    On this 19th day of April, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                          By:    */s/ Kyle M. McWaters*
                                  Kyle M. McWaters
                                  Assistant United States Attorney